# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131958

TINA LUPI SMITH, Successor
Personal Representative of the
Estate of Barbara Lupi,
            Plaintiff-Appellee,

v

TRINITY HEALTH-MICHIGAN,
d/b/a ST. JOSEPH MERCY
HOSPITAL,
            Defendant-Appellant,

and

THOMAS O'KEEFE, M.D.,
            Defendant.
_____

SC: 131958
COA: 266635
Washtenaw CC: 02-000013-NM
                        05-000143-NH

On order of the Court, the application for leave to appeal the July 18, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hosp* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
                Clerk